UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEORGE COSTA,

    Plaintiff,

v.                                        Case No:   5:23-cv-170-GAP-PRL

EXPERIAN INFORMATION
SOLUTIONS INC.,

    Defendant

## ORDER

This cause comes before the Court on Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration (Doc. No. 12) filed April 24, 2023.

On August 8, 2023, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant Experian Information Solutions, Inc. Motion to Compel Arbitration (Doc. 12) is **GRANTED**.

3.   The case is **STAYED** until further order of the Court.   The parties are to file a Joint Status Report by November 17, 2023, and every 3 months thereafter.

**DONE** and **ORDERED** on August 23, 2023.



———————————————
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party