**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GEORGE COSTA,

        Plaintiff,

v.                                  Case No:   5:23-cv-170-GAP-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Stipulation of Dismissal without Prejudice (Doc. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the indvidual claims against defendant are dismissed without prejudice, each party to bear its own fees and costs. The putative class's claims are dismissed without prejudice.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 15, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties